IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **BECKY A. MATTHEWS PEASE**, individually and on behalf of all others similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>**JACKSON NATIONAL LIFE INSURANCE COMPANY,**<br><br>**Defendant.** | Civil Action No.: 17-cv-00284-JTN-ESC |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL AND RELATED RELIEF**

Plaintiff Becky A. Mathews Pease ("Plaintiff"), individually and on behalf of all others similarly situated, move this Court pursuant to Federal Rules of Civil Procedure 23, for an Order: (1) preliminarily approving the parties' proposed $4.5 million class action settlement (the "Settlement"); (2) approving class certification for settlement purposes; (3) approving the form and content of class notice; (4) appointing Class Counsel; (5) appointing a Settlement Administrator;[1] and (6) setting a hearing to consider granting final approval of the Settlement, consideration of the proposed Plan of Allocation, and consideration of Co-Lead Counsel's motion for approval of Plaintiffs' proposed Case Contribution Awards and Class Counsel's request for an award of attorney's fees and reimbursement of litigation expenses. Defendant takes no position on this Motion.

With this motion, Plaintiffs submit the following materials:

---

[1] All capitalized terms used herein shall have the meaning ascribed to them in the Class Action Settlement Agreement and Release dated October 31, 2018 ("Settlement Agreement") entered between Plaintiff and Defendant, Jackson National Life Insurance Company. The Settlement Agreement with all exhibits thereto is being filed as an Exhibit to this motion for Preliminary Approval.

- Exhibit A, the Settlement Agreement with the following exhibits:
    - Exhibit 1, proposed Preliminary Approval Order to the Settlement Agreement
    - Exhibit 2, proposed Class Notice to the Settlement Agreement
    - Exhibit 3, proposed Final Order and Judgment to the Settlement Agreement
    - Exhibit 4, proposed CAFA Notice to the Settlement Agreement
- Exhibit B, proposed Plan of Allocation.

As reflected in the Settlement Agreement, the parties want to compromise and settle all issues and claims relating to the allegations made in this Action on behalf of all members of the proposed Classes. The proposed Plan of Allocation will fairly distribute the settlement proceeds among the Class Members.

WHEREFORE, Plaintiffs respectfully request that the Court grant their Unopposed Motion and enter the proposed Order attached as Exhibit 1 to the Settlement Agreement.

Dated: November 1, 2018              Respectfully submitted,

*/s/ John J. Nestico*
John J. Nestico
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
8501 N. Scottsdale Road, Suite 270
Scottsdale, Arizona 85253
Telephone: (480) 428-0145
Facsimile: (866) 505-8036
jnestico@schneiderwallace.com

Todd Schneider
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
tschneider@schneiderwallace.com

Joseph C. Pagano (P57107)
VIVIANO, PAGANO, & HOWLET PLLC
48 S. Main Street, Suite 2
Mt. Clemens, MI 48043

Tel: +1.58.569.1580
jpagano@vivianolaw.com

Todd D. Carpenter*
CARLSON LYNCH SWEET KIPELA CARPENTER
402 West Broadway, 29th Floor
San Diego, CA 92101
Tel: +1.619.756.6994
carpenter@carlsonlynch.com

Michael K. Yarnoff
KEHOE LAW FIRM
1500 JFK Blvd., Suite 1020
Philadelphia, PA 19102
Tel: +1.215.792.6676
myarnoff@kehoelawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2018, I electronically filed the forgoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

I also served, via electronic mail a true and correct copy of the forgoing document to the following

Joseph J. Costello
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel: +1.215.963.5000
joseph.costello@morganlewis.com

Stephanie L. Sweitzer (P66376)
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, IL  60601-5094
Tel: +1.312.324.1000
stephanie.sweitzer@morganlewis.com

*Attorneys for Jackson National Life Insurance Company*

                                           */s/ John J. Nestico*
                                           John J. Nestico