## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| BECKY A. MATTHEWS PEASE, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 1:17-cv-284-JTN-ESC<br><br>Hon. Janet T. Neff |

### PLAINTIFF'S UNOPPOSED MOTION FOR
### FINAL APPROVAL OF CLASS ACTION SETTLEMENT

For all the reasons set forth in the accompanying Memorandum in Support of Unopposed Motion for Final Approval of Class Action Settlement, Plaintiff respectfully requests that the Court enter the proposed Final Order and proposed Final Judgment certifying the proposed Settlement Class and approving the proposed Settlement as being fair, reasonable, and adequate to the Class.

Attached to this Motion are the following exhibits:

　　Exhibit 1 – Declaration of Markham Sherwood

　　Exhibit 2 – Natalie Kossak letter to Joseph Costello

　　Exhibit 3 – JNL ERISA Litigation Short Memo

　　Exhibit 4 – [Proposed] Final Approval Order and Judgment

Dated:  April 9, 2019　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Edward W. Ciolko*
　　　　　　　　　　　　　　　　　　　　　Edward W. Ciolko
　　　　　　　　　　　　　　　　　　　　　CARLSON LYNCH LLP
　　　　　　　　　　　　　　　　　　　　　1133 Penn Avenue, 5th Floor
　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15222

Tel: 412.322.9243
eciolko@carlsonlynch.com

Todd D. Carpenter
CARLSON LYNCH LLP
402 West Broadway, 29th Floor
San Diego, CA 92101
Tel: +1.619.756.6994
tcarpenter@carlsonlynch.com

Garrett W. Wotkyns
John J. Nestico
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP 8501 N.
Scottsdale Road, Suite 270
Scottsdale, Arizona 85253
Telephone: (480) 428-0145
Facsimile: (866) 505-8036
gwotkyns@schneiderwallace.com
jnestico@schneiderwallace.com

Todd Schneider
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
tschneider@schneiderwallace.com

Joseph C. Pagano (P57107)
KEINBAUM HARDY VIVIANO
PELTON & FORREST
48 S. Main Street, Suite 2
Mt. Clemens, MI 48043
Telephone: (586) 469-1580
jpagano@khvpf.com

Michael K. Yarnoff
KEHOE LAW FIRM
1500 JFK Blvd., Suite 1020
Philadelphia, PA 19102
Tel: +1.215.792.6676
myarnoff@kehoelawfirm.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 9, 2019, a true and correct copy of PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT was served upon all counsel of record via the Court's electronic filing system.

*/s/ Edward W. Ciolko*
Edward W. Ciolko