UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BECKY A. MATTHEWS PEASE,
*individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

JACKSON NATIONAL LIFE INSURANCE COMPANY,

    Defendant.

_____/

Case No. 1:17-cv-284

HON. JANET T. NEFF

## **ORDER**

Following a hearing on April 23, 2019, for the reasons stated on the record:

Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement (ECF No. 46) is GRANTED; Plaintiff's Amended Unopposed Motion for Attorney Fees and Costs and Class Representative's Case Contribution Award (ECF No. 39) is GRANTED.  Interested Party Joseph E. Hill's Objection (ECF No. 41) is DENIED.  The proposed Order approving attorney fees, costs and the contribution award (ECF No. 39-1) and the proposed Final Approval Order and Judgment (ECF No. 46-4) approving the class action settlement will be entered accordingly.

    IT IS SO ORDERED.

Dated:  April 23, 2019

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge