**IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **BECKY A. MATTHEWS PEASE,**<br>**individually and on behalf of all others**<br>**similarly situated,**<br><br>                              **Plaintiff,**<br><br>      **v.**<br><br>**JACKSON NATIONAL LIFE**<br>**INSURANCE COMPANY,**<br><br>                      **Defendant.** | Civil Action No.: 17-cv-00284-JTN-ESC |

**ORDER**

AND NOW, this  23rd  day of _____April_____, 2019, upon consideration of Plaintiff's

Unopposed Motion for Attorneys' Fees and Costs, all authorities and exhibits filed in support

thereof, any opposition or reply thereto, and all others pleadings and arguments before the Court,

and for good cause shown:

**IT IS HEREBY ORDERED THAT:**

1.    Plaintiff's Motion is GRANTED; and

2.    The Court finds that the requested percentage of the common fund, as
      supported by the number of hours expended by counsel for Plaintiff and the
      Class in prosecuting this case and the hourly billing rates of the attorneys
      and other personnel who performed work on the case as well as the results
      achieved are fair and reasonable. Accordingly, and taking into account that
      additional work remains to be performed in connection with the motion
      seeking final approval of the Settlement Agreement, the Court awards Class
      Counsel attorneys' fees in the amount of $1,350,000.00 and costs in the
      amount of $74,897.73, and a Case Contribution Award of $5,000 to
      Plaintiff, to be paid from the Gross Settlement Amount in accordance with
      the terms of the Settlement Agreement.

Dated: April 23, 2019                    /s/ Janet T. Neff
                                    THE HONORABLE JANET T. NEFF
                                    UNITED STATES DISTRICT JUDGE